IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| United States of America<br>*Plaintiff*<br><br>Vs.<br><br>Hipolito Larregui-Santiago [1]<br>*Defendant* | Criminal No. 21-393 (PAD) |

### MOTION IN COMPLIANCE WITH THE ORDER AT ECF. NO. 68

The Honorable Court:

NOW COMES Defendant, Hipolito Larregui-Santiago, by way of the undersigned attorney who respectfully states and prays as follows:

1. On January 20, 2023 the court ordered us to provide our assessments of the pro se motions filed by defendant on docket numbers 63, 64 and 67.

2. We coordinated an in person visit with defendant for February 1 but he was transferred on January 31st to another institution, on February 6 we were able to discuss the content of the motions with defendants via video teleconference.

3. Defendant has many medical conditions which he feels have not been treated appropriately while detained. He was transferred from MDC Guaynabo to Guayama as that other institution has a hospital; he was recently transferred to Salinas. Undersigned is currently confirming the reason behind his latest transfer.

4. Last week during our video teleconference once again we explained the charges filed against the defendant, the application of the sentencing guidelines and the

elements of each offence. We further explained the plea agreement which has been tendered and the benefits of said plea.

5. After our latest conference, undersigned is under the impression that defendant wishes to exercise his right to a jury trial.

6. Defendant expressed that he is satisfied with the legal representation that he has received.

7. Undersigned his coordinating for an in person visit with defendant this week to further discuss the content of his pro se motions and how he wishes to proceed in the caption case, we will provide the information to the Court during our next status conference.

8. We request the Court takes notice of the above and allows us to remain as the legal representation of defendant.

**WHEREFORE**, it is respectfully requested that this Honorable Court to take notice of the above and deems the Order at ECF. No. 68 complied with.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this same date and by electronic CM/EC filing system, copy of this Notice has been sent to the U.S. Attorney's Office and all others registered to receive notification by electronic mail.

RESPECTFULLY SUBMITTED.
    In San Juan, Puerto Rico on this 12th day of February 2023.

*/S/ Miguel Oppenheimer*
Miguel Oppenheimer
USDC Bar No. 220012

P.O. Box 10522
San Juan, PR 00922-0522
Tel. 787-375-6033
miguelo@oppenheimerlaw.com